UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEELMAN PARTNERS, LLP, *et al.*, <br><br> Plaintiff, <br> v. <br> SANUM INVESTMENTS, LTD, *et al.*, <br><br> Defendants. | Case No. 2:12-cv-00198-MMD-CWH <br><br> ORDER |

Before the Court is Plaintiff's Application for Entry of Default on Defendant Fong Keng Van Property Investment Company (dkt. no. 40) ("Application"), seeking the Clerks' entry of default against the sole remaining defendant Fong Keng Van Property Investment Company Limited ("FKV"). Plaintiff contends that FKV was properly served with the Summons and Complaint, and that FKV has failed to appear. Counsel's supporting affidavit refers to the Affidavit of Service as Exhibit 1. (Dkt. no. 40 at 3.) Filed separately (dkt. no. 42), Exhibit 1 reproduces the Proof of Service on FKV that Plaintiff filed with the Court on June 6, 2012, which shows that the Summons purportedly served on FKV was issued to Jade Entertainment Group Ltd., not FKV. (Dkt. no. 42.) The Summons does not identify FKV on its face. (*Id.*) Plaintiff thus has failed to offer sufficient proof of service of process on FKV. Plaintiff's Application is therefore denied.

Plaintiff has thirty (30) days to cure the deficiency with respect to service of process on FKV. Failure to do so will result in dismissal of FKV for failure to timely file proof of service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED THIS 16th day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE